**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EMMANUELLA PHILIPPE**, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>vs.<br><br>**APEX ASSET MANAGEMENT, LLC**,<br>                Defendant. | **Civil Action No.**<br><br>**2:19-cv-08863-KM-JBC** |

**ORDER**

(1) On October 7, 2019, this Court granted an uncontested Motion to Stay Proceedings pending determination of the consolidated appeal of *Maureen Riccio v. Sentry Credit Inc.,* No. 18-1463 (3d Cir. 2018); *Alex Reizner v. National Recoveries Inc.,* No. 18-2008 (3d Cir. 2018); *Nicole Magana v. Amcol Systems Inc.,* No. 18-2667 (3d Cir. 2018); *Imani Robinson v. Northland Group, Inc.,* No. 18-2741 (3d Cir. 2018); or the decision on the appeals in *Cadillo v. Stoneleigh Recovery Assocs.,* No. 19-8008 (3d Cir. 2018) and *Joseph v. Rickart Collection Sys.,* 19-8033 (3d Cir. 2018).

(2) Rather than ruling on the consolidated appeal, the Third Circuit, *sua sponte*, directed an en banc review in *Riccio*, as to whether *Graziano v. Harrison*, 950 F.2d 107 (3rd Cir. 1991) should remain good law in this Circuit.

(3) The en banc hearing took place on February 19, 2020.

(4) On March 30, 2020, the en banc panel for Third Circuit issued its decision, reversing the holding in *Graziano v. Harrison*, 950 F.2d 107 (3rd Cir. 1991), and declared that the rejection of *Graziano* is retroactively applicable.

(5) As a result, the law in this Circuit permits both oral and written disputes, leaving Plaintiff without a viable claim.

1

(6)   In light of the en banc decision in *Riccio*, the parties to this action request an order dismissing this matter with prejudice as to Plaintiff, and without prejudice as to the putative class, with each party to pay their own fees and costs.

So Ordered, on this 13th day of April, 2020.

<u>s/ Kevin McNulty</u>
Hon. Kevin McNulty
United States District Judge